FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C.§ 1983

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 2 4 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_Pine Bluff_ DIVISION

TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS
2022 JAN 24 A 9:36
TAMMY H DOWNS

CASE NO. 4:22-cv-00059-BRW-JTR

Jury Trial: ☒ yes ☐ NO
(check one)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Joe Versie Jr #100280
ADC# _____
Address: P.O.B. 240, Tucker, AR, 72168-0240

Name of plaintiff: _____
ADC# _____
Address: _____

Name of plaintiff: _____
ADC# _____
Address: _____

This case assigned to District Judge Wilson
and to Magistrate Judge Ray

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Dexter Payne
Position: Director of Arkansas Dept of Corrections
Place of employment: Arkansas Dept. of Corrections
Address: 6814 Princeton Pike, Pine Bluff, AR 71602

Name of defendant: W. Dale Reed
Position: Dep. Dir. (ADC) Arkansas Dept of Corrections
Place of employment: A.D.C.
Address: 6814 Princeton Pike, Pine Bluff, AR 71602

Name of defendant: Joe Page
Position: Warden (Tucker Unit then)
Place of employment: Tucker Unit (then)

Page 1

Address: 6814 Princeton Pike Pine Bluff AR 71602

Name of defendant: Thomas Hurst

Position: Dep Warden

Place of employment: A.D.C. Tucker Unit (then)

Address: 6814 Princeton Pike Pine Bluff, AR 71602

(Defendants cont. on another page)

II. Are you suing the defendant in:

- Official capacity only
- Personal capacity only
- **Both official and personal capacity** (circled)

III. Previous Lawsuits

.B  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✗   No ____

.C  If you answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

Yes ____   No ✗

- Parties to the previous lawsuit:

Plaintiffs: Joe Verste Jr #100280

Defendants: Dexter Payne, W. Dale Reed, Joe Page, T. Hurst, R. Ford, John Doe 1, John Doe 2, Jeremy Williams, ? Ivory, and Jane Doe 1.

- Court (if federal court, name the district; if state court, name the county):

U.S. District Court, Pro Se Clerk, Little Rock AR 72201

- Docket Number: N/A

- Name of Judge to whom case was assigned: Unknown

- Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?)

Never received acknowledgement that claim was received

- Approximate date of filing lawsuit: August 2021

Page 2

Defendants (cont)

Name: Rodney Ford
Position: Major (Chief of Security)
Pl of employ: ADC Tucker Unit (then)
Address: UNKNOWN

John Doe #1 - Defendant
Shift Captain - Position
ADC Tucker Unit (then) - Place Employed
UNKNOWN - Address

John Doe #2 - Defendant
Shift Lieutenant - Position
ADC Tucker Unit (then) - Place Employed
UNKNOWN - Address

Jeremy Williams - Defendant
Correctional Sgt (then) - Position
ADC Tucker Unit - Place Employed (Now)
UNKNOWN - Address

? Ivory - Defendant
Correctional Sgt (then) - Position
ADC Tucker Unit (then) - Place Employed
UNKNOWN - Address

Page 2a

Defendants (cont)

Jane Doe #1 - Defendant
Correctional Officer - Position
ADC Tucker Unit (then) - Place Employed
Unknown - Address

- Approximate date of disposition: __N/A__

F. Place of Present confinement: __A.D.C. Tucker Unit P.O.B 240 Tucker AR 72168-0240__

G. At the time of the alleged incident(s), were you:
(Check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__X__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
  explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. §1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?
   Yes __X__  No _____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?
   Yes __X__  No _____

If not, why? _____

VII. Statement of claim

State here (as briefly as possible) the facts of you case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On February 5th, 2019 after mail call was completed, Joe Versie Jr #100280 (plaintiff), a prisoner housed in Arkansas Dept. of Corrections, Tucker Unit, 9 bks, informed barracks officer Jane Doe #1 that he had been threathened by inmates in the barracks. Jane Doe #1 called her supervisor Sgt. J. Williams to inform him of the

Page 3

situation. Jane Doe #1 stated that Sgt. J. Williams told her to tell plaintiff to go back in the barracks or receive a disciplinary. Plaintiff complied with order to go back into the barracks. While watching T.V. in the dayroom area plaintiff was assaulted by inmate Thompson, C. Jones, and four other inmates for refusing to give inmate Thompson the plaintiffs commissary. Plaintiff was stomped, punched, and kicked until he was unconscious. Plaintiff regained consciousness after an undetermined amount of time on the floor of his cell. Plaintiff then attempted to alert Jane Doe #1 who could not be seen in the control. Plaintiff was (cont'd on another sheet)

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Nominal Damages $500.00, Punitive $500,000, Compensatory Damages $1,000,000, Mental/Emotional Damages $1,000,000, Attorney Fees TBD, & Court Costs - TBD.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 14th day of January, 20 22.

State of Arkansas
County of Jefferson

Joe Versie 100230

File marked copy requested

Signature(s) of Plaintiff(s)

Notary Public

ERIKA ROSS
NOTARY PUBLIC-STATE OF ARKANSAS
JEFFERSON COUNTY
My Commission Expires 08-22-2028
Commission # 12706348

Page 4

VII. Statement of claim (continued)

attacked again by the same inmates who punched and kicked plaintiff repeatedly, then attempted to throw hot water (heated with a stinger) on plaintiff to prevent plaintiff from alerting Jane Doe #1. Plaintiff finally got Jane Doe #1's attention as she exited restroom by beating on upper tier rail with broom stick while trying to hold off the six inmates. Jane Doe #1 called for assistance.

    Plaintiff was removed from barracks and taken to the infirmary where he was treated by R.N. N. Calhoun at 9:13pm for a knot on forehead, abrasion to the right eye, bruises to the left side of back and right shoulder, swelling and laceration under left eye, swelling to left forearm, and a left leg/foot injury which resulted in a limp while attempting to walk as plaintiff while plaintiff was shaking with tremors. Plaintiff gave Sgt Ivory

Page 4a

VII. Statement of claim (cont.)
a statement of what happened and indentified attackers through EOMIS picture roster for Sgt Williams and Sgt Ivory.

Plaintiff was moved from infirmary to isolation dayroom floor with his mat and the remains of his personal property. Plaintiff remained on the floor all night until Warden J. Page, Lt. K. Riley, and Sgt D. McCoy came to investigate the following day after receiving a call from plaintiff's family. Plaintiff was then moved to barracks 1B where he was taunted and threathened by attackers once they were released from isolation as they passed the barracks plaintiff was housed in.

Jane Doe #1 failed to properly protect by not doing security checks and shakedowns during her shift. Inadequate supervision of Jane Doe #1 from Shift Captain (John Doe #1), Shift Lieutenant (John Doe #2), Sgt. Williams, and Sgt Ivory amounts

Page 4b

to deliberate indifference for them not making their rounds which lead to Jane Doe #1 not doing her duty to protect plaintiff which resulted in the plaintiff being injured. John Doe #1, John Doe #2, Sgt. Williams, and Sgt. Ivory failed to act on the threat made on plaintiff and failed to investigate the assault on Plaintiff.

Jane Doe #1 was assigned to an area by herself which housed approx. 120 inmates. Warden J. Page, Dep. Warden T. Hurst, and Major R. Ford were aware of previous assaults in this area of the prison and failed to rectify the problem, continuously allowing the area to be inadequately staffed, violating A.D.C.'s own written policy.

Director Payne, Dep. Director Reed, Warden J. Page, Dep. Warden Hurst, and Major R. Ford, knowingly disregarded a substanial risk of inmate violence which they were aware of due to multiple instances of violence in the 9barracks area and these officals

failed to take measures to protect plaintiff. Constantly violating A.D.C. policy in regards to how many officers are to be assigned to an area (post), shows chain of commands knowledge and state of mind where plaintiffs right to be protected was violated and caused injury to plaintiff.

Plaintiff suffers from stress, constant fear, depression, constant pain in left foot causing a limp in his walk, blurred vision, headaches, back and jaw pain, and nightmares resulting from the assault.

For reasons stated above plaintiff files a claim in violation of his Eighth Amendment Rights to be free from cruel and unusal punishment, prison officals failure to protect and prison officals deliberate indifference.

Joe Versie Jr. #100280
Tucker Unit
P.O.B. 240
Tucker, AR
72168-0240

NEOPOST
01/05/2022
US POSTAGE $002

Attention: Court Clerk
U.S. District Court / ~~Pine Bluff~~
~~George Howard Jr Federal Building~~
~~Ave. Room 3103~~

Legal Mail

600 West Capital Room